UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| APRIL K. LENTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:21-CV-257-KAC-JEM |
| | ) | |
| JOHN R. CHEADLE, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the "Joint Stipulation of Dismissal" [Doc. 37], the Parties agreed to dismiss all claims with prejudice. Accordingly, no claims remain in this action. The Court **DIRECTS** the Clerk to close the case.

IT IS SO ORDERED.

                                                              s/ Katherine A. Crytzer
                                                              KATHERINE A. CRYTZER
                                                              United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT